**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Robert Simons, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-10095-RGS |
| | : |
| Chase Receivables, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 13, 2013

    Respectfully submitted,

    PLAINTIFF, Robert Simons

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                      By /s/ Sergei Lemberg  
                                                              Sergei Lemberg