**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Robert Simons, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-10095-RGS |
| v. | : |
| | : |
| Chase Receivables, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Robert Simons ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 30, 2013

                                                          Respectfully submitted,

                                                          By: /s/ Sergei Lemberg

                                                          Sergei Lemberg, Esq.
                                                          BBO No.: 650671
                                                          Lemberg & Associates L.L.C.
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 30, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg
              Sergei Lemberg